■ The PEOPLE OF THE STATE OF NEW YORK, Respondent, v ENLEY BALL, Appellant. [8 NYS3d 919]—Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Donnino, J.), rendered February 19, 2014, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, his plea of guilty was knowingly, voluntarily, and intelligently entered (*see People v Fiumefreddo*, 82 NY2d 536, 543 [1993]; *People v Lopez*, 71 NY2d 662, 666 [1988]; *People v Harris*, 61 NY2d 9, 17 [1983]). The defendant's contentions that he did not have sufficient time to confer with his attorney, and that he did not understand the sentence he would receive as part of the plea bargain, were

contradicted by the thorough plea colloquy (*see People v Krasso*, 72 AD3d 554 [2010]; *People v Wiedmer*, 71 AD3d 1067 [2010]).

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Lopez*, 6 NY3d 248, 255 [2006]; *People v Contreras*, 123 AD3d 1139 [2014]; *People v Brown*, 122 AD3d 133, 144-145 [2014]). Rivera, J.P., Dickerson, Cohen and Barros, JJ., concur.